Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

MIDDLE District of FLORIDA

TAMPA Division

| | |
|---|---|
| ~~Daryl Sharp~~ | Case No. 8:23-CV-1867-SDM-CPT |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | |
| Timothy Dolan | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Daryl Sharp |
| Street Address | 11125 Park Blvd |
| City and County | Seminole |
| State and Zip Code | Florida   33778 |
| Telephone Number | 571-622-8144 |
| E-mail Address | Darylsharp007@Gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

IFP

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name TIMOTHY DOLAN

Job or Title *(if known)* ARCHBISHOP

Street Address 1011 FIRST AVE

City and County NEW YORK

State and Zip Code NEW YORK

Telephone Number 212.794.2900

E-mail Address *(if known)*

Defendant No. 2

Name JOSIE VELASCO

Job or Title *(if known)* ARCHBISHOP

Street Address 3424 WILSHIRE BLVD

City and County LOS ANGELAS

State and Zip Code CALIFORNIA

Telephone Number 213.637.7255

E-mail Address *(if known)*

Defendant No. 3

Name ALLEN VIGNERON

Job or Title *(if known)* ARCHBISHOP

Street Address 12 STATE ST

City and County DETROIT

State and Zip Code MICHIGAN

Telephone Number 313.237.5800

E-mail Address *(if known)*

Defendant No. 4

Name GREGORY PARKES

Job or Title *(if known)* BISHOP

Street Address 6363 NINTH AVE N

City and County ST PETERSBURG

State and Zip Code FLORIDA 33743

Telephone Number 727.344.1611

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

TITLE 18   SECTION 1961, 1091, 2241-2243
2332 A,B,C,F

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

MANIPULATION OR TEACHING MANUAL FOR MURDER ABUSE & MASSIVE EMBEZZLEMENT

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

500 TRILLION PER STATE ISLAND PROVINCE & COUNTRY

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____8.18.22_____

Signature of Plaintiff

Printed Name of Plaintiff _____DARYL SHARP_____

### B. For Attorneys

Date of signing: _____

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address





Detroit (Archdiocese) [Catholic-    ×    +

← → C    🔒 catholic-hierarchy.org/diocese/ddetr.html

Bishops    Dioceses    Events    Holy See    Various    See Also    Help

# Archdiocese of Detroit

### Archidioecesis Detroitensis

Show: ☑ All | ☑ General Information | ☑ Historical Details | ☑ Ordinaries | ☑ Historical Summary | ☑ Statistics | ☑ Affiliated Bishops, Civil

## Bishop(s)

- Allen Henry Vigneron, Archbishop (74.82)

- Gerard William Battersby, Auxiliary Bishop (63.25)
- José Arturo Cepeda Escobedo, Auxiliary Bishop (54.25)
- Robert Joseph Fisher, Auxiliary Bishop (63.90)
- Paul Fitzpatrick Russell, Auxiliary Bishop (64.29)

- Adam Joseph Maida, Cardinal, Archbishop Emeritus (93.41)
- Thomas John Gumbleton, Auxiliary Bishop Emeritus (93.56)
- Donald Francis Hanchon, Auxiliary Bishop Emeritus (75.85)
- Francis Ronald Reiss, Auxiliary Bishop Emeritus (82.76)

## Suffragan Dioceses

- Gaylord
- Grand Rapids
- Kalamazoo
- Lansing
- Marquette
- Saginaw

## General

- Type of Jurisdiction: Archdiocese
- Elevated: 22 May 1937
- Metropolitan See
- Rite: Latin (or Roman)
- State: Michigan
- Country: United States of America
- Square Kilometers: 10,104 (3,902 Square Miles
- Description: Monroe, Wayne, Oakland, St. Clair
- Conference Region: VI (OH, MI)
- Catholic Directory Abbreviation: DET
- Official Web Site: http://www.aod.org/
- Mailing Address: 12 State Street, Detroit, MI 4
- Telephone: (313)237-5800
- Fax: 237-4642

# Prep smart with Amazon Freight

This website uses cookies to ensure you get the    [Ad] Amazon Freight



catholic-hierarchy.org/diocese/dstpe.html

Chip in $25! YOUR $25 worth of groceries goes to families in need of nutritious food. GIVE NOW

ps   Dioceses   Events   Holy See   Various   See Also   Help

# Diocese of Saint Petersburg

*Dioecesis Sancti Petri in Florida*

Show: ☑ All | ☑ General Information | ☑ Ordinaries | ☑ Historical Summary | ☑ Statistics | ☑ Affiliated Bishops, Living | ☑ Affiliated Bishops, Deceased

| Bishop(s) | General Information |
|---|---|

**Bishop(s)**

Gregory Lawrence Parkes, Bishop (59.37)

Robert Nugent Lynch, Bishop Emeritus (82.22)

**General Information**

- Type of Jurisdiction: Diocese
- Erected: 2 March 1968
- Metropolitan: Archdiocese of Miami
- Rite: Latin (or Roman)
- State: Florida
- Country: United States of America
- Square Kilometers: 8,228 (3,178 Square Miles)
- Conference Region: XIV (FL, GA, NC, SC)
- Catholic Directory Abbreviation: SP
- Official Web Site: http://www.dioceseofstpete.org/
- Mailing Address: 6363 Ninth Ave. N., P.O. Box 40200, St. Petersburg, FL 33743-0200
- Telephone: (727)344-1611
- Fax: 347-3086

URGENT: Food Boxes Still Needed   GIVE NOW

METROPOLITAN MINISTRIES

This website uses cookies to ensure you get the





Friskies Party Mix Chicken & Waffles Flavors Crunchy Cat Treats, 2.1-Oz Bag

[Ad] Chewy.com

ENHANCED BY Google

Bishops   Dioceses   Events   Holy See   Various   See Also   Help

# Archdiocese of New York

## Archidioecesis Neo-Eboracensis

Show: ☑ All | ☑ General Information | ☑ Historical Details | ☑ Ordinaries | ☑ Historical Summary | ☑ Statistics | ☑ Affiliated Bishops, Living | ☑ Affiliated Bishops, Dec...

### Bishop(s)

- Timothy Michael Dolan, Cardinal, Archbishop (73.53)

- John Samuel Bonnici, Auxiliary Bishop (58.50)
- Peter John Byrne, Auxiliary Bishop (72.06)
- Gerardo Joseph Colacicco, Auxiliary Bishop (67.91)
- Joseph Armando Espaillat, Auxiliary Bishop (46.64)
- Edmund James Whalen, Auxiliary Bishop (65.11)

- Joto Iriondo Zabaleta, Auxiliary Bishop Emeritus (84.66)
- John Joseph Jenik, Auxiliary Bishop Emeritus (79.44)
- Dominick John Lagonegro, Auxiliary Bishop Emeritus (80.44)
- James Francis McCarthy, Auxiliary Bishop Emeritus (81.10)
- John Joseph O'Hara, Auxiliary Bishop Emeritus (77.53)
- Gerald Thomas Walsh, Auxiliary Bishop Emeritus (81.31)

### General Information

- Type of Jurisdiction: Archdiocese
- Elevated: 19 July 1850
- Metropolitan See
- Rite: Latin (or Roman)
- State: New York
- Country: United States of America
- Square Kilometers: 12,212 (4,716 Square Miles)
- Conference Region: II (NY)
- Catholic Directory Abbreviation: NY
- Official Web Site: https://archny.org/
- Mailing Address: 1011 First Ave., New York, NY 10022-4134, USA
- Telephone: (212)794-2900
- Fax: 826-6020

Suffragan

Fly Fiji Airways | Travel to Fiji – Great Deals

[Ad] fijiairways

This website uses cookies to ensure you get the



# Archdiocese of Atlanta

*Archidioecesis Atlantensis*

catholic-hierarchy.org/diocese/datla.html

Show: ☑ All | ☑ General Information | ☑ Historical Details | ☑ Ordinaries | ☑ Historical Summary | ☑ Statistics | ☑ Affiliated Bishops, Living | ☑ Affiliated Bishops, Deceased

## Bishop(s)

- Gregory John Hartmayer, O.F.M. Conv., **Archbishop** (71.74)

- Joel Matthias Konzen, S.M., Auxiliary Bishop (72.78)
- Bernard Edward ("Ned") Shlesinger III, Auxiliary Bishop (62.66)
- John-Nhân Trân, Auxiliary Bishop (57.53)

## Suffragan Dioceses

- Charleston
- Charlotte
- Raleigh
- Savannah

## General Information

- Type of Jurisdiction: Archdiocese
- Elevated: 10 February 1962
- Metropolitan See
- Rite: Latin (or Roman)
- State: Georgia
- Country: United States of America
- Square Kilometers: 55,521 (21,444 Square Miles)
- Description: Baldwin, Banks, Barrow, Bartow, Butts, Carroll, Catoosa, Chattooga, Che
  Clayton, Cobb, Coweta, Dade, Dawson, DeKalb, Douglas, Elbert, Fannin, Fayette, Flo
  Franklin, Fulton, Gilmer, Gordon, Greene, Gwinnett, Habersham, Hall, Hancock, Har
  Henry, Jackson, Jasper, Lamar, Lincoln, Lumpkin, Madison, McDuffie, Meriwether, N
  Murray, Newton, Oconee, Oglethorpe, Paulding, Pickens, Pike, Polk, Putnam, Rabun,
  Stephens, Taliaferro, Towns, Troup, Union, Upson, Walker, Walton, Warren, White, W
  Counties.
- Conference Region: XIV (FL, GA, NC, SC)
- Catholic Directory Abbreviation: ATL
- Official Web Site: http://www.archatl.com/
- Mailing Address: 2401 Lake Park Dr., SE, Smyrna, GA 30080-8862, USA
- Telephone: (404)920-7300
- Fax: 920-7301

Travel to Fiji - Great Deals - Welcome To Our Home

[Ad] fijiairways

This website uses cookies to ensure you get the

*Ex 2*

# ARCHDIOCESE OF CHICAGO

## CONSOLIDATED STATEMENTS OF FINANCIAL POSITION
### AS OF JUNE 30, 2019 AND 2018
(Dollars in thousands)

| ASSETS | 2019 | 2018 |
|---|---|---|
| CASH AND CASH EQUIVALENTS | $ 240,739 | $ 227,071 |
| RESTRICTED CASH | 72,166 | 18,745 |
| INVESTMENTS | 1,928,456 | 1,905,239 |
| RECEIVABLES: | | |
| Notes, accounts, and pledges receivable—net | 153,266 | 170,098 |
| Cemetery installment contracts | 43,277 | 41,987 |
| Total receivables | 196,543 | 212,085 |
| CEMETERY PROPERTY—Ready and available for use | 55,571 | 55,432 |
| LAND, BUILDINGS, AND EQUIPMENT: | | |
| Undeveloped realty | 26,072 | 26,072 |
| Land | 248,337 | 254,953 |
| Buildings and equipment | 2,751,273 | 2,712,810 |
| Construction in progress | 11,721 | 5,218 |
| Total land, buildings, and equipment | 3,037,403 | 2,999,053 |
| Less accumulated depreciation | (1,737,611) | (1,677,250) |
| Land, buildings, and equipment—net | 1,299,792 | 1,321,803 |
| OTHER ASSETS | 31,203 | 26,618 |
| TOTAL | $ 3,824,470 | $ 3,766,993 |

| LIABILITIES AND NET ASSETS | 2019 | 2018 |
|---|---|---|
| LIABILITIES: | | |
| Accounts payable and accrued expenses | $ 242,492 | $ 240,138 |
| Deferred revenue | 193,884 | 187,981 |
| Deposits | 2,161 | 2,605 |
| Borrowings (less debt issuance costs of $1,559 and $1,840 for 2019 and 2018, respectively) | 195,162 | 215,684 |
| Insurance claims | 166,082 | 156,188 |
| Unearned rental income | 15,876 | 16,094 |
| Accrued pension cost | 153,151 | 143,896 |
| Postretirement liabilities | 182,614 | 175,948 |
| Asset retirement obligations | 76,288 | 75,129 |
| Accrued cemetery maintenance costs | 539,733 | 510,327 |
| Refundable grant advances | 154,395 | 154,395 |
| Total liabilities | 1,921,838 | 1,878,385 |
| NET ASSETS: | | |
| Without donor restrictions: | | |
| Undesignated | (149,582) | (237,894) |
| Designated | 1,827,836 | 1,900,342 |
| Total without donor restrictions | 1,678,254 | 1,662,448 |
| With donor restrictions: | | |
| Temporary in nature | 158,527 | 161,124 |
| Perpetual in nature | 65,851 | 65,036 |
| Total with donor restrictions | 224,378 | 226,160 |
| Total net assets | 1,902,632 | 1,888,608 |
| TOTAL | $ 3,824,470 | $ 3,766,993 |

See independent accountants' review report and notes to consolidated financial statements.

*$7,591,463,000 Billion      454,279 Population*

# ARCHDIOCESE OF ST. LOUIS

## COMBINED STATEMENT OF FINANCIAL POSITION
## AS OF JUNE 30, 2020 AND 2019
### (In thousands)

| ASSETS | 2020 | 2019 |
|---|---|---|
| CASH AND CASH EQUIVALENTS | $ 22,600 | $ 37,472 |
| RESTRICTED CASH AND INVESTMENTS | 6,320 | 5,726 |
| INVESTMENTS | 776,431 | 748,026 |
| RECEIVABLE ON UNSETTLED INVESTMENT SALES | 3,771 | 2,485 |
| ACCOUNTS RECEIVABLE — Net of allowance for doubtful accounts of $3,844 in 2020 and $2,731 in 2019 | 6,515 | 8,210 |
| GRANTS, PLEDGES AND BEQUESTS RECEIVABLE — Net of allowance for doubtful accounts of $660 in 2020 and $615 in 2019 | 10,884 | 13,203 |
| LOANS TO ARCHDIOCESAN PARISHES AND OTHER CATHOLIC ORGANIZATIONS — Net of allowance for loan losses of $4,511 in 2020 and $3,779 in 2019 | 13,934 | 14,676 |
| OTHER NOTES RECEIVABLE — Net of allowance for doubtful accounts of $296 in 2020 and $276 in 2019 | 106 | 100 |
| DUE FROM ARCHDIOCESAN PARISHES — Net of allowance for doubtful accounts of $10,830 in 2020 and $8,678 in 2019 | 2,268 | 833 |
| CEMETERY LAND AND IMPROVEMENTS AVAILABLE FOR INTERMENT AND MAUSOLEUMS | 9,292 | 9,281 |
| OTHER ASSETS | 8,066 | 6,051 |
| PROPERTY AND EQUIPMENT — Net of accumulated depreciation of $207,163 in 2020 and $197,147 in 2019 | 171,857 | 178,517 |
| BENEFICIAL INTERESTS IN PERPETUAL TRUSTS | 5,829 | 6,149 |
| TOTAL | $1,037,873 | $1,030,729 |

| LIABILITIES AND NET ASSETS | 2020 | 2019 |
|---|---|---|
| ACCOUNTS PAYABLE AND ACCRUED EXPENSES | $ 14,504 | $ 15,713 |
| CLAIMS PAYABLE | 8,588 | 10,827 |
| DEFERRED REVENUES | 14,051 | 15,429 |
| ACCRUED FUTURE CARE COSTS | 63,173 | 59,822 |
| DUE TO ARCHDIOCESAN PARISHES AND OTHER CATHOLIC ORGANIZATIONS | 9,047 | 8,942 |
| DEPOSIT LIABILITIES | 166,199 | 163,079 |
| PAYABLE ON UNSETTLED INVESTMENT PURCHASES | 4,936 | 18,000 |
| NOTES PAYABLE — Net of unamortized debt issuance costs of $876 in 2020 and $901 in 2019 | 69,349 | 61,128 |
| REFUNDABLE ADVANCES | 15,940 | 15,002 |
| PRIESTS' RETIREMENT LIABILITY | 143,988 | 142,250 |
| OTHER LIABILITIES | 19,983 | 20,011 |
| Total liabilities | 529,758 | 530,203 |
| NET ASSETS: | | |
| Without donor restrictions: | | |
| Undesignated | (78,446) | (77,977) |
| Designated | 464,693 | 460,966 |
| Noncontrolling interest in subsidiaries | 5,404 | 5,954 |
| Total without donor restrictions | 391,651 | 388,943 |
| With donor restrictions | 116,464 | 111,583 |
| Total net assets | 508,115 | 500,526 |
| TOTAL | $1,037,873 | $1,030,729 |

See notes to combined financial statements.

-3-  $2,068,602,000

# ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE

**Combined Statements of Financial Position**
As of June 30, 2019 and 2018
(In thousands)

| | 2019 | 2018 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents: | | |
| Parish operations | $  74,302 | $  76,137 |
| Revolving loan fund | 4,704 | 4,406 |
| Central operations | 4,877 | 2,504 |
| Insurance operations | 1,509 | 2,852 |
| Parish reconfiguration | 32 | 424 |
| Total cash and cash equivalents | 85,424 | 86,323 |
| | | |
| Interest and dividends receivable, net | 2,338 | 1,896 |
| Prepaid expenses and other assets | 18,179 | 15,575 |
| Accounts receivable, net | 5,245 | 4,784 |
| Contributions receivable, net (note 4) | 5,573 | 7,306 |
| Loans and notes receivable, net (note 4) | 22,902 | 24,142 |
| Land and buildings held for sale (note 6) | 369 | 30 |
| Investments (note 5) | 186,040 | 198,225 |
| Interest in net assets of a foundation (note 9) | 56,335 | 50,816 |
| Land, buildings and equipment, net (note 6) | 552,924 | 538,623 |
| Total assets | $  935,329 | $  927,720 |
| | | |
| **LIABILITIES AND NET ASSETS** | | |
| **LIABILITIES:** | | |
| Accounts payable and accrued expenses | $  22,084 | $  19,535 |
| Agency obligations | 2,685 | 1,447 |
| Reserves for losses (note 10) | 9,581 | 8,614 |
| Due to related organizations | 23,120 | 30,712 |
| Deferred revenue and support | 14,874 | 16,499 |
| Accrued pension and other post-retirement benefits (note 13) | 41,826 | 46,474 |
| Other liabilities | 15,251 | 9,906 |
| Notes payable - related organizations (note 7) | 35,082 | 36,389 |
| Total liabilities | 164,503 | 169,576 |
| | | |
| Commitments and contingencies (note 11) | | |
| | | |
| **NET ASSETS:** | | |
| Net assets without donor restrictions | 652,327 | 647,947 |
| Net assets with donor restrictions (note 8) | 118,499 | 110,197 |
| Total net assets | 770,826 | 758,144 |
| Total liabilities and net assets | $  935,329 | $  927,720 |

*The accompanying notes are an integral part of these combined financial statements.*

- 3 -

$1,863,049,000

CATHOLIC DIOCESE OF ST. PETERSBURG
PASTORAL CENTER

Combined Statements of Financial Position

June 30, 2019 and 2018

|  | 2019 | 2018 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 6,935,109 | 18,859,196 |
| Investments: | | |
| Diocesan investments | 65,106,071 | 49,891,906 |
| Held for others | 92,973,623 | 99,618,506 |
| Insurance premiums receivable, net | 984,448 | 786,900 |
| Pledges receivable, net | 1,558,333 | 1,415,552 |
| Estates and trusts receivable | 3,119,363 | 3,091,412 |
| Loans receivable - parishes and schools, net | 12,941,733 | 11,900,272 |
| Prepaid expenses and other assets | 1,410,076 | 796,469 |
| Cemetery plots and other inventory | 294,428 | 367,041 |
| Notes and other receivables, net | 9,492,362 | 8,042,375 |
| Land, buildings and equipment, net | 31,104,926 | 31,052,356 |
| Total assets | $ 225,920,472 | 225,821,985 |
| **Liabilities and Net Assets** | | |
| Liabilities: | | |
| Accounts payable, accrued expenses and other liabilities | $ 5,561,480 | 5,012,529 |
| Deposits held in trust - parishes and schools | 70,155,953 | 77,034,291 |
| Deposits held in trust - other | 22,817,670 | 22,584,215 |
| Estimated liability for insurance claims | 5,721,211 | 4,876,610 |
| Annuity obligations | 836,292 | 878,286 |
| Total liabilities | 105,092,606 | 110,385,931 |
| Net assets: | | |
| Without donor restrictions: | | |
| Undesignated | 10,067,167 | 10,242,080 |
| Invested in land, buildings and equipment, net | 27,929,247 | 27,827,787 |
| Designated for specific purposes | 57,495,462 | 51,760,237 |
| | 95,491,876 | 89,830,104 |
| With donor restrictions | 25,335,990 | 25,605,950 |
| Total net assets | 120,827,866 | 115,436,054 |
| Total liabilities and net assets | $ 225,920,472 | 225,821,985 |

$451,742,457

See accompanying independent auditor's report and notes to combined financial statements.        3

Population  23,376

Florida Catholic   March 2019   Archdiocese of Miami Financial Statement

Archdiocese of Miami Financial Statement   March 2019   Florida Catholic

## ARCHDIOCESE OF MIAMI CONDENSED FINANCIAL STATEMENTS • YEARS ENDED JUNE 30, 2018, and 2017 (dollars in thousands)

### PASTORAL MINISTRIES (Church and radio station)

| Condensed Statement of Financial Position | 2018 | 2017 |
|---|---|---|
| **Assets** | | |
| Cash and Cash Equivalents | $ 62,703 | $ 80,581 |
| Investments | 45,521 | 38,505 |
| Other Assets | 6,358 | 3,384 |
| Land, Building, and Equipment | 618,949 | 598,528 |
| Total Assets | $ 363,431 | $ 726,998 |
| **Liabilities and Net Assets** | | |
| Institutional Debt | $ 61,875 | $ 71,142 |
| Archdiocesan Debt | 3,612 | 5,429 |
| Other Liabilities | 6,147 | 7,293 |
| Total Liabilities | 71,629 | 72,841 |
| Net Assets | 571,782 | 647,026 |
| Total Liabilities and Net Assets | $ 363,431 | $ 748,598 |
| **Condensed Statement of Activities and Change in Net Assets** | | |
| Support and Revenue | $ 528,697 | $ 115,494 |
| Operating Expenses | (593,624) | (99,440) |
| Net Revenue | 12,693 | 17,023 |
| Other Changes in Net Assets | 2,823 | 2,649 |
| Net Assets — Beginning | 647,026 | 622,135 |
| Net Assets — Ending | $ 571,782 | $ 647,026 |

### EDUCATIONAL MINISTRIES (elementary and high school, college and university)

| Condensed Statement of Financial Position | 2018 | 2017 |
|---|---|---|
| **Assets** | | |
| Cash and Cash Equivalents | $ 112,072 | $ 94,341 |
| Investments | 149,309 | 116,225 |
| Other Assets | 21,048 | 24,811 |
| Land, Building, and Equipment | 318,505 | 324,927 |
| Total Assets | $ 573,794 | $ 542,550 |
| **Liabilities and Net Assets** | | |
| Institutional Debt | $ 35,250 | $ 34,959 |
| Archdiocesan Debt | 2,145 | 1,010 |
| Other Liabilities | 54,669 | 51,606 |
| Total Liabilities | 92,045 | 63,575 |
| Net Assets | 481,549 | 454,593 |
| Total Liabilities and Net Assets | $ 573,794 | $ 542,568 |
| **Condensed Statement of Activities and Change in Net Assets** | | |
| Support and Revenue | $ 322,011 | $ 325,184 |
| Operating Expenses | (302,817) | (305,282) |
| Net Revenue | 29,200 | 29,047 |
| Other Changes in Net Assets | 5,640 | 3,833 |
| Net Assets — Beginning | 454,599 | 422,317 |
| Net Assets — Ending | $ 620,459 | $ 480,199 |

### HEALTH AND SOCIAL SERVICE MINISTRIES (Catholic Health Services and Catholic Charities)

| Condensed Statement of Financial Position | 2018 | 2017 |
|---|---|---|
| **Assets** | | |
| Cash and Cash Equivalents | $ 84,925 | $ 80,232 |
| Investments | 18,424 | 18,750 |
| Investments | 62,924 | 77,566 |
| Land, Building, and Equipment | 134,759 | 120,199 |
| Total Assets | $ 313,783 | $ 344,477 |
| **Liabilities and Net Assets** | | |
| Institutional Debt | $ 93,274 | $ 92,108 |
| Archdiocesan Debt | 38,482 | 23,824 |
| Other Liabilities | 101,256 | 108,531 |
| Total Liabilities | 132,926 | 124,545 |
| Net Assets | | |
| Total Liabilities and Net Assets | $ 313,783 | $ 344,477 |
| **Condensed Statement of Activities and Change in Net Assets** | | |
| Support and Revenue | $ 257,505 | $ 264,041 |
| Operating Expenses | (215,849) | (295,601) |
| Net Revenue | 2,116 | 8,454 |
| Other Changes in Net Assets | 5,344 | — |
| Net Assets — Beginning | 134,545 | 176,501 |
| Net Assets — Ending | $ 124,928 | $ 134,568 |

### Fiscal 2018 Support and Revenue by Ministry



- Pastoral (15%)
- Educational (41%)
- Health and Social (30%)
- Administrative (14%)

### Fiscal 2018 Expenditures by Ministry



- Pastoral (14%)
- Educational (40%)
- Health and Social (32%)
- Administrative (14%)



### ADMINISTRATIVE SERVICES (Pastoral Center)

| Condensed Statement of Financial Position | 2018 | 2017 |
|---|---|---|
| **Assets** | | |
| Cash and Cash Equivalents | $ 53,204 | $ 33,254 |
| Investments | 203,519 | 231,031 |
| Investments | 13,375 | 15,931 |
| Other Assets | 23,667 | 73,038 |
| Total Assets | $ 293,672 | $ 318,886 |
| **Liabilities and Net Assets** | | |
| Institutional Debt | $ — | $ — |
| Archdiocesan Debt | 204,720 | 184,260 |
| Other Liabilities | 21,291 | 27,230 |
| Total Liabilities | 226,011 | 211,496 |
| Net Assets | 115,666 | 90,509 |
| Total Liabilities and Net Assets | $ 342,672 | $ 398,088 |
| **Condensed Statement of Activities and Change in Net Assets** | | |
| Support and Revenue | $ 107,244 | $ 111,608 |
| Operating Expenses | (101,423) | (95,798) |
| Net Revenue | 5,817 | 20,262 |
| Other Changes in Net Assets | 7,459 | 3,725 |
| Net Assets — Beginning | 93,590 | 74,573 |
| Net Assets — Ending | $ 113,849 | $ 98,798 |

### INTERENTITY ELIMINATIONS (All entities)

| Condensed Statement of Financial Position | 2018 | 2017 |
|---|---|---|
| **Assets** | | |
| Cash and Cash Equivalents | $ (179,731) | $ (164,959) |
| Investments | (5,752) | (9,429) |
| Other Assets | | |
| Land, Building, and Equipment | | |
| Total Assets | $ (185,483) | $ (197,287) |
| **Liabilities and Net Assets** | | |
| Institutional Debt | $ — | $ — |
| Archdiocesan Debt | (305,010) | (192,157) |
| Other Liabilities | (105,489) | (182,352) |
| Total Liabilities | | |
| Net Assets | | |
| Total Liabilities and Net Assets | $ (185,489) | $ (197,287) |
| **Condensed Statement of Activities and Change in Net Assets** | | |
| Support and Revenue | $ (81,697) | $ (79,022) |
| Operating Expenses | (84,647) | (79,022) |
| Net Revenue | 4,950 | — |
| Other Changes in Net Assets | (4,950) | — |
| Net Assets — Beginning | — | — |
| Net Assets — Ending | $ — | $ — |

### ARCHDIOCESE OF MIAMI (All entities combined)

| Condensed Statement of Financial Position | 2018 | 2017 |
|---|---|---|
| **Assets** | | |
| Cash and Cash Equivalents | $ 160,355 | $ 148,682 |
| Investments | 493,942 | 384,600 |
| Investments | 121,303 | 158,131 |
| Land, Building, and Equipment | 1,214,319 | 1,147,468 |
| Total Assets | $ 1,792,511 | $ 1,216,698 |
| **Liabilities and Net Assets** | | |
| Institutional Debt | $ 190,429 | $ 292,203 |
| Archdiocesan Debt | 24,989 | 18,250 |
| Other Liabilities | 105,589 | 269,151 |
| Total Liabilities | 343,590 | 394,770 |
| Net Assets | 1,394,320 | 1,329,166 |
| Total Liabilities and Net Assets | $ 1,792,511 | $ 1,714,428 |
| **Condensed Statement of Activities and Change in Net Assets** | | |
| Support and Revenue | $ 701,341 | $ 721,377 |
| Operating Expenses | (657,264) | (647,534) |
| Net Revenue | 49,197 | 73,841 |
| Other Changes in Net Assets | 26,876 | 73,546 |
| Net Assets — Beginning | 1,325,168 | 1,235,772 |
| Net Assets — Ending | $ 1,394,153 | $ 1,325,168 |

$2,721,293,000

**The Administrative Office of the Roman Catholic Archdiocese of Los Angeles**

**Consolidated Statements of Financial Position**
**June 30, 2019 and 2018**

| | 2019 | | | 2018 | | |
|---|---|---|---|---|---|---|
| | Without Donor Restrictions | With Donor Restrictions | Total | Without Donor Restrictions | With Donor Restrictions | Total |
| **Assets (Note 16)** | | | | | | |
| Cash and cash equivalents | $ 26,859,250 | $ 4,577,154 | $ 31,436,404 | $ 21,806,415 | $ 10,125,674 | $ 31,932,089 |
| Contracts receivable, net (Note 3) | 49,452,973 | - | 49,452,973 | 40,987,367 | - | 40,987,367 |
| Affiliate receivables, net (Note 4) | 16,282,822 | - | 16,282,822 | 14,820,836 | - | 14,820,836 |
| Pledges receivable, net (Note 5) | - | 64,407,081 | 64,407,081 | - | 3,407,680 | 3,407,680 |
| Other receivables (Note 17) | 1,599,170 | 134,102 | 1,733,272 | 2,064,789 | 89,941 | 2,154,730 |
| Notes receivable, net (Note 6) | 13,300,775 | - | 13,300,775 | 10,159,242 | - | 10,159,242 |
| Investments (Notes 7, 13 and 18) | 529,794,745 | 75,590,639 | 605,385,384 | 533,053,604 | 59,477,348 | 592,530,952 |
| Properties held for sale | 46,999 | - | 46,999 | 46,999 | - | 46,999 |
| Property and equipment, net (Notes 2, 8 and 13) | 84,351,845 | 334,897 | 84,686,742 | 69,308,410 | 334,897 | 69,643,307 |
| Other assets | 1,123,708 | - | 1,123,708 | 1,183,395 | 197 | 1,183,592 |
| Goodwill (Note 2) | 28,082,577 | - | 28,082,577 | 28,082,577 | - | 28,082,577 |
| Assets for pension benefits (Note 9) | 5,900,000 | - | 5,900,000 | 8,186,000 | - | 8,186,000 |
| **Total assets** | $ 756,793,864 | $ 145,043,873 | $ 901,837,737 | $ 729,699,634 | $ 73,435,737 | $ 803,135,371 |
| **Liabilities and Net Assets (Note 16)** | | | | | | |
| **Liabilities:** | | | | | | |
| Accounts payable and accrued expenses (Notes 2 and 10) | $ 18,912,581 | $ - | $ 18,912,581 | $ 23,548,311 | $ - | $ 23,548,311 |
| Payable to affiliates (Note 14) | 2,671,471 | 35,044,676 | 37,716,147 | 1,848,969 | - | 1,848,969 |
| Deferred revenue, cemetery and mausoleum care account | 6,390,093 | - | 6,390,093 | 6,988,038 | - | 6,988,038 |
| Insurance claims reserves (Notes 13 and 14) | 64,509,059 | - | 64,509,059 | 64,338,296 | - | 64,338,296 |
| Liability for pension and postretirement plan benefits (Note 9) | 149,066,000 | - | 149,066,000 | 116,379,000 | - | 116,379,000 |
| Deferred revenue (Note 12) | 163,206,062 | - | 163,206,062 | 158,140,457 | - | 158,140,457 |
| Custodial collections (Notes 14 and 18) | 14,009,296 | 19,580,123 | 33,589,419 | 16,978,818 | 16,267,504 | 33,246,322 |
| Notes payable (Note 10) | 112,574,176 | - | 112,574,176 | 118,969,780 | - | 118,969,780 |
| Notes payable to affiliates (Note 11) | 3,646,334 | - | 3,646,334 | 4,881,458 | - | 4,881,458 |
| **Total liabilities** | 534,985,072 | 64,624,799 | 599,609,871 | 512,073,127 | 16,267,504 | 528,340,631 |
| Commitments and contingencies (Notes 10, 13 and 14) | | | | | | |
| Net assets (Notes 19 and 20) | 221,808,792 | 90,419,074 | 312,227,866 | 217,626,507 | 57,168,233 | 274,794,740 |
| **Total liabilities and net assets** | $ 756,793,864 | $ 145,043,873 | $ 901,837,737 | $ 729,699,634 | $ 73,435,737 | $ 803,135,371 |

See notes to consolidated financial statements.

3

$1,701,973,108

**Chancery Offices of the Archdiocese of Kansas City in Kansas**

**Statements of Financial Position**
**June 30, 2018 and 2017**

| | Current | Deposit and Loan | Plant | Cor Christi | Property and Liability Insurance | Health/Dental Care Plans | 2018 | 2017 |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| Cash and cash equivalents | $ 15,794,926 | $ - | $ - | $ 2,810,306 | $ - | $ - | $ 18,605,232 | $ 23,281,999 |
| Investments (Notes 2 and 5) | 24,741,762 | - | - | 13,245,963 | - | - | 37,987,725 | 36,645,045 |
| Accrued interest receivable | 87,344 | 230,504 | - | - | - | - | 317,848 | 207,784 |
| Accounts receivable, net | 1,839,132 | - | - | - | 323,360 | 2,452,103 | 4,614,595 | 6,010,929 |
| Pledges receivable, net (Note 3) | 3,436,485 | - | - | - | - | - | 3,436,485 | 2,234,459 |
| Prepaid expenses | 179,681 | - | - | - | - | - | 179,681 | 333,607 |
| Interest in net assets of the Catholic Foundation of Northeast Kansas (Notes 2 and 8) | 7,891,047 | - | - | - | - | - | 7,891,047 | 7,707,861 |
| Loans receivable, net (Note 6) | - | 30,277,881 | - | - | - | - | 30,277,881 | 29,495,468 |
| Land, buildings and equipment, net (Note 4) | - | - | 15,748,646 | 1 | - | - | 15,748,647 | 15,912,536 |
| Due to/from other funds | (27,988,412) | 20,093,318 | (3,952,816) | (59,570) | 727,320 | 11,178,160 | - | - |
| **Total assets** | $ 25,983,965 | $ 50,601,703 | $ 11,795,830 | $ 15,996,700 | $ 1,050,680 | $ 13,630,263 | $ 119,059,141 | $ 121,829,688 |

(Continued)

$417,325,156

(486,404)

Population

3



**catholic diocese of christchurch**

to sanctify ~ to teach ~ to care for

## Statement of Financial Position
### As At 30 June 2018

| | Notes | 30 June 2018 '000 | 30 June 2017 '000 |
|---|---|---|---|
| **Current Assets** | | | |
| Cash and Cash Equivalents | | 2,813 | 15,013 |
| Trade and Other Receivables | 3 | 1,539 | 2,052 |
| Inventories | | 23 | 18 |
| Other Financial Assets | 7 | 36,608 | 44,897 |
| **Total Current Assets** | | 40,983 | 61,980 |
| | | | |
| **Non Current Assets** | | | |
| Long Term Receivables | 5 | 782 | 0 |
| Investment In Associate | 23 | 4,719 | 4,268 |
| Other Financial Assets | 7 | 75,806 | 65,915 |
| Property, Plant and Equipment | 8 | 127,325 | 122,971 |
| Intangible Assets | 9 | 21 | 35 |
| **Total Non Current Assets** | | 208,653 | 193,189 |
| | | | |
| **Current Liabilities** | | | |
| Trade and other Payables | 10 | 2,206 | 10,915 |
| Provision for Earthquake Rebuild Costs | 11 | 4,303 | 1,616 |
| Income in Advance | | 418 | 1,920 |
| Borrowings | 12 | 487 | 344 |
| **Total Current Liabilities** | | 7,364 | 14,795 |
| | | | |
| **Non Current Liabilities** | 12 | 973 | 823 |
| | | | |
| **Net Assets** | | 241,299 | 239,551 |
| | | | |
| **Total Equity** | 13 | 241,299,000 | 239,551,000 |

The Diocesan Management & Finance Board, an advisory board to the Roman Catholic Bishop of Christchurch, recommended that the finanical statements be authorised the issue, and he so authorised.

✠ P.b. Martin sm

$480,850,000

Bishop Paul Martin SM
*Bishop of Christchurch*
3 October 2018

ARCHDIOCESE OF SYDNEY

**ACN 119 459 853**

## ANNUAL FINANCIAL REPORT FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018

### Statement of cash flows for the financial year ended 31 December 2018

|  | Note | Financial year ended 31 December 2018 $ | Financial year ended 31 December 2017 $ |
|---|---|---|---|
| **Cash flows from operating activities** |  |  |  |
| Receipt of government grants |  | 2,669,122,925 | 2,548,596,374 |
| Receipt of school levies |  | 115,423,894 | 108,535,468 |
| Interest received |  | 4,054,558 | 3,530,089 |
| Other operating receipts |  | 3,671,934 | 3,886,867 |
| Distribution of government grants | | (2,543,708,368) | (2,424,526,031) |
| Payments to suppliers |  | (248,620,669) | (236,731,416) |
| Net cash (used in)/provided by operating activities | 6(b) | (55,726) | 3,291,351 |
| **Cash flows from investing activities** |  |  |  |
| Capital expenditure on intangibles (WIP) | 8 | (14,460) | (3,285,395) |
| Net cash used in investing activities |  | (14,460) | (3,285,395) |
| Net (decrease)/increase in cash and cash equivalents |  | (70,186) | 5,956 |
| Cash and cash equivalents at the beginning of the financial year |  | 910,108 | 904,152 |
| Cash and cash equivalents at the end of the financial year | 6(a) | 839,922 | 910,108 |

Notes to the audited financial statements are included on pages 13 to 31.

$5,217,719,299

## Chancery Office
## The Catholic Archdiocese of Edmonton

### Statement of Financial Position

#### As at December 31, 2018

|  | 2018 $ | 2017 $ |
|---|---:|---:|
| **Current assets** | | |
| Cash | 2,520,104 | 3,836,225 |
| Accounts receivable (Note 2) | 1,888,867 | 1,029,769 |
| Prepaid expenses | 42,473 | 48,341 |
|  | 4,451,444 | 4,914,335 |
| Accounts receivable - due beyond one year (Note 3) | 55,397 | 64,858 |
| Church building fund receivable (Note 4) | 21,983,639 | 14,925,310 |
| Investments (Note 5) | 51,758,159 | 59,342,223 |
|  | 78,248,639 | 79,246,726 |
| **Current liabilities** | | |
| Accounts payable (Note 6) | 978,516 | 939,946 |
| Deferred contributions (Note 7) | 72,207 | 171,758 |
| Bank loans (Note 8) | 10,645,000 | 4,945,000 |
| Current portion of mortgage payable (Note 9) | 101,700 | - |
|  | 11,797,423 | 6,056,704 |
| Mortgage payable (Note 9) | 1,766,168 | - |
| Notes payable (Note 10) | 8,631,758 | 10,173,835 |
| Payable to Edmonton Catholic Cemeteries (Note 11) | 27,383,675 | 28,234,471 |
|  | 49,579,024 | 44,465,010 |
| **Net assets** | | |
| Internally restricted (Schedule 2) | 20,197,460 | 21,149,877 |
| Externally restricted (Schedule 3) | 8,758,646 | 8,538,158 |
| Unrestricted | (286,491) | 5,093,681 |
|  | 28,669,615 | 34,781,716 |
|  | 78,248,639 | 79,246,726 |

Approved by the Archbishop

*[signature]* + Richard

$157,495,365

---

The accompanying notes form part of these financial statements.

3.

Ex 3

ELDERS
PLAYING
POLOTICS
( SAMPLE )

| J. Cendrini | J. Vincent | N. Banks | R. Waddington |
|---|---|---|---|
| Location: 733 | Location: KH | Location: KH | Location: 5121 |
| Oglethorpe St. NW | 5113 14ᵗʰ St. NW Wash | 5113 14ᵗʰ St. NW Wash | Colorado Ave. NW |
| Wash DC | DC | DC | Wash DC |
| Time: 9:45 am | Time: 10:00 am—Library | Time: 9:45 am—Library | Time: 10 am |
| Assist: Leroy Powell | Assistant: Brian Garner | Assistant: Springs | Assistant: M. Blackburn |
| Alenne Bell | George Alikyie | Banaka Achy | Matthew Blackburn |
| Lisa Charles | Portia Alikyie | Verneil Banks | Summer Blackburn |
| Jason Cindrini | Robert Allen | Owen Banks | Jonathan Cannactieli |
| Dawn Ford | William Douglas, Jr | Hillery Belton | Marlene Clagett |
| Lois Ford | William Douglas, Sr | Rikya Blackett | Spencer Clagett |
| Melanie Ford | Casaundra Douglas | Orma Collins | Michael Glooden |
| Darces Sharabe | Domingo Douglas | Mattie Fortune | Rainy Espinera |
| Pamela Gooden | Marilyn Fisher | Corrine Lee Honeymond | Margaret Ferguson |
| Harol Jeffro | Cynthia Garner | Constance Holmes | Jeanette Hunter |
| Isidro Linton | Brian Garner | Gail Jones | Traby Leak |
| Dreya Linton | Marcella Hardy | Corneley King | Evelyn Mayeria |
| Charles Lloyd | Gloria Jagenski | Esther King | Odessa Medley |
| Teresa Obeti | Karen Jones | Lillie Mitchell | Mery Patterson |
| Sid Osajodi Powell | Lin Leaderman | Anietha Murray | Shyun Patterson |
| Leroy Powell | Timothy Lehman | Randolyn Robertson | Jane Phillips |
| Leroy Powell, Jr | Francis Lehmon-Payne | Dana Robinson | Lesley Seen |
| Chelsee Price | Pepe McClarkin | Delores Robinson | Wanda Smiths |
| Robert Rashe | Pontie Paige | Rossline Slaw | Claire Sponee |
| Justine Smith | Joann Beals | Lynn Trainer | Simone Walker |
| Dorothy Sinanan | Nayah Reetis | Jordan Whse | Arturo Williams |
| Annie Tengri-Lakotes | Dailey Scott | Wayen Springs | Yushi Williams |
| Alberta Wilson | Anthony Venable | Bello Dicks | Hannah Williams |
| Shenay Rose | Jessica Wright | | Bobby Waddington |
| Natashic Wright | John Vincent | | Robert Waddington |
| Lawrence Cooke | Cleveland Eagleton | | Cyntria Waddington |
| Smonenuri Kling | | | |

Field Service Group—Page 2

| G. Perry | M. Richardson | |
|---|---|---|
| Location: KH | Location: KH | |
| 5113 14ᵗʰ St. NW Wash | 5113 14ᵗʰ St. NW Wash | |
| DC | DC | |
| Time: 9:45 am— | Time: 9:30 am—Library | |
| Auditorium | | |
| Assistant: Ed Smith | Assistant: Tom Odom | |
| Diane Foster | Elizabeth Afoh | |
| Emma Gaines | Audrey Bilssitt | |
| Joanne Hensley | Jonathan Bissett | |
| Kelly Hemmingway | Creeistian Blackman | |
| Wallace Henderson | Shirley Coleman | |
| Kathrine Higgs | Chris Charles | |
| Ann Kwokoh | Karen (Ma) Frieson | |
| Josie Omobaricwe | Katherine Gaines | |
| Osarerosse Ogiewa | Gloria Gigi | |
| Diana Paris | Nguvet Lam | |
| Barbara Perry | Carel Maxie | |
| George Perry | Sheila Niveril | |
| Lisa Perry | Truong Njong | |
| Xanayse Reed | Emily Njong | |
| Ed Smith | Earnine Peake | |
| Linda Smith | Owen Richardson | |
| Desbina Smith | Mike Richardson | |
| Avis Sykes | Alanz Sewell | |
| Margaret Thompson | Florence Scott | |
| | David Tran | |
| | Linh Tran | |
| | CJ Wolfinger | |
| | Harold Wolfinger | |
| | Thomas Odom | |



ATION

EDULE

| | Sunday |
|---|---|
| 17 | 09/10/17 |
| 17 | 09/17/17 |
| 17 | 09/24/17 |
| 17 | 10/01/17 |
| | 10/08/17 |
| | 10/15/17 |
| | 10/22/17 |
| | 10/29/17 |
| | 11/05/17 |
| | 11/12/17 |
| | 11/19/17 |
| | 11/26/17 |
| | 12/03/17 |
| | 12/10/17 |
| | 12/17/17 |
| | 12/24/17 |
| | 12/31/17 |

## District Heights Congregation—Fields Service Groups

| Group 1—Michael Cooper 5810 Walker Mill Road Capitol Heights, MD 20743 | Group 2—James M. Hunt Kingdom Hall 428 Rolfe Avenue (B-Side) Capitol Heights, MD 20743 | Group 3—Jeremiah Shell 1308 Woodlark Drive District Heights, MD 20747 | Group 4—Frederick Turner 501 Millrace Court Capitol Heights, MD 20743 |
|---|---|---|---|
| Armwood, Donnette | Adams, Lawrence | Clayborne, Joseph, II | Dixon, Damon |
| Clayborne, Ethel | Banks, Mary Ann | Cuff, Shirley | Gleaton, Deborah |
| Connor, Anya | Eyo, Effiong | Gaither, Glevelle | Jones, Alexandria |
| Downing, Essie | Eyo, Phoebe | Gaither, Irma | Jones, Preston |
| Downing, Gladys | Garner, Michelle | Maddox, Betty | McGree, Pamela |
| Damas, Michelle | Giles, Alecia | Nash, Cimberly | Melberson, Mary |
| Gray, Dorothy | Haile, Geneva | Nash, Jerome | Motley, Shirley |
| King, Calvin | Harrison, Lenora | Reid, Brenda | Rich, Jackie |
| King, Lois | Hunt, Annie | Salvador, Francine | Smith, Ella |
| Marbury, Debra | Powell, LaVerne | Shell, Carolyn | Tipton, Gary, Sr. |
| Marbury, Robert | Powell, Luther | Stewart, Veronica | Tipton, Vanessa |
| Neal, Travon | Stephenson, Kelli | | Turner, Claudia |
| Osborne, Jessica | Sykes, Dorothy | | Waters, Kathryn |
| Rivas, Lizaser | Taylor, Christine | | |
| Spence, Jessa, Jr. | Waller, Elaine | | |
| Spence, Ronina | Woods, Mary | | |
| Sutton, Gail | Woods, Robert | | |
| Sutton, William | | | |

| Group 5—James Wormley 2604 Kirtland Avenue District Heights, MD 20747 | Group 6—George Murphy 1530 Addison Road South District Heights, MD 20747 | Group 7—Peter Taylor, III 6710 Lansdale Street District Heights, MD 20747 | |
|---|---|---|---|
| Boggs, Jean | Arrington, Joyce | Dixon, Aaron | |
| Conrad, Carol | Brown, Dawn | Dixon, Bernice | |
| Gourley, Gail | Coates, Sarah | Harris, Daniel | |
| Jones, Blanche | Covington, Dwonna | Harris, Debbie | |
| Knight, Camethia | Dixon, Anne | Hunter, Charles | |
| Rush, Katery | Edward Coates | Hunter, Lawrenza | |
| Sing, Marklia | Francis, Asoryn | Mann, Evelyn | |
| Spriggs, Otis | Francis, James | McFadden, Catherine | |
| Thong, Kimiyanne | Green, Betty | McFadden, L.C. | |
| Tebe, Ollie | Green, George, Jr. | Moore, Crystal | |
| White, Cynthia | Massey, Roderick, Sr. | Moore, Ontry | |
| White, David, Jr. | Massey, Tracy | Prize, Geraldine | |
| Wormley, Janice | Mudd, Sheila | | |
| Wren, Stephanie | Mudd, Shontinque | | |
| | Murphy, Pongee | | |
| | Russell, Elaine | | |
| | Williams, Lorraine | | |

October 21, 2017

TRESPASS CHARGE

EVER LOST IN COURT



## Potomac Congregation Service Groups

**Bruce Thoma Group**

**Gundiagan Cagal Group**

**Ralph Stewart Group**

**Mary Otes Group**


Andrew Werner Group

**Joe Benson Group**

TRESPASS CHARGE



FILED TRESPASS
AFTER TEARING UP
3-PAGE COURT CASE TO
VINDICATE JEHOVAHS NAME
AND PROTECT THE NATION



## Field Service Groups

North East, Washington DC

**Clarence Bowling**

Saturday 10:00AM

| | | | |
|---|---|---|---|
| Bowling, Clarence (o) | Davis, Sharon | Johnston, Mary | Lewis, Harriet |
| Brown, William | Everette, Brenda | Johnson, Ronald (a) | Pinckney, Michael |
| Brown, Paulette | Franklin, Rachel | Kirby, Adrienne | Pitts, Marilyn |
| Campbell, Jaime | Harris, Bernice | Kirby, Anthony | Washington, Daniel |
| Carter, Mary | | | |

**Ernest Fletcher**

Saturday 10:00AM

| | | | |
|---|---|---|---|
| Black, Lorraine | Egbon, Jojo | Henderson, Maurice | Robinson, Tonya |
| Brown, Mary T. | Egbon, Maxene | Magruder, Harriet | Rogers, Alisha |
| Burgess, Jeanette | Egbon, Joyce | Matthews, Wilson | Rogers, Kenneth |
| Egbon, Jolly (a) | Fletcher, Ernest E. (o) | Matthews, Garth | Skinner, Dorothy |
| Egbon, Jolene | Fletcher, Maryanne | | |

**Everett Thomas**

1306 Pinewood Dr. Saturday 10:00A

| | | | |
|---|---|---|---|
| Ingram, Marcus | Purkiener, Juanita | Thomas, Mekel | Wright, Hoyt |
| Ingram, LaFaundria | Phillips, Wendy | Valentine, Gwendolyn | Wright, Sandra |
| Jones, Marie | Phillips, Kristen | Vincent, Lisa | Wright, Jessica |
| McIlwain-Smith, Monique | Strother, Pauline | Weeks, Mavis | Young, Desiree |
| Neville, Dyana | Thomas, Everett (o) | | |

**Gene Griffin**

Saturday 10:00AM

| | | | |
|---|---|---|---|
| Conrad, Tylise | Bostic, Ashley | Holley, Diane | Kirby, Alonzo |
| Beasley, Mary | Grant, Anne | Holley, Tara | Lee, Summer |
| Bostic, Sandrina | Griffin, Sunday | Jackson, Jonathan (a) | Simon, Vernette |
| Byers, Rose | Bostic Sr, Adrian | Kirby, Aldrice | Abenn, Adeniji |
| Campbell, Bernice | Griffin, Jr, Gene (o) | | |

**Joseph Jackson**

Saturday 10:00AM

| | | | |
|---|---|---|---|
| Atkinson, Hattie | Fisher, Joseph | Ferguson, Lorraine | Lane, Barbara |
| Carter, Delaine (a) | Fisher, Mona | Moushe, Uchenna | Queen, Millicent |
| Carter, Keandra | Harmer, Naomi | Jackson, Valerie | Wright, Brianna |
| Bowen, Lisa | Hinton, Tammy | Jackson JR, Joseph (o) | Riley, Aimee |

**Lester Rosewell Sr**

Saturday 10:00AM

| | | | |
|---|---|---|---|
| Adams, Reginald | Bamsen, Gaaie | Howard, Sherrill | Roslin, Nia |
| Adams, Sharon | Brown, Lisa | Holland, Aaron (a) | Oweibo, Betsy |
| Barnum, Ambrose | Cumberlander, Anne | Lamb, Anthony | Rosewell, Teresa |
| Barnum, Sharice | Harris, Patricia | Lamb, Lola | Rosewell SR, Lester (o) |

**Sunday Iyoha**

Saturday 10:00AM

| | | | |
|---|---|---|---|
| Hart, Margaret | Davis, Janice | Phillips, Karyn | Stewart, Felicia |
| Henson, Mary | Iyoha, Cesar (a) | Shiveldon, Ira | Williams, Felicia |
| Iyoha, Sunday (o) | Iyoha, Comfort | Stewart, Ahent | Wornsley, Shawnta |
| Iyoha, Wanda | Richardson, Curtis | Tucker, Dianne | Young, Chovela |
| Iyoha, Morgan | Richardson, Marleita | | |

**Tyrone Mcintosh**

Saturday 10:00AM

| | | | |
|---|---|---|---|
| Gaforos, Andrew (a) | Mcmadien, Darwin | Mcerson, Jones | Winder, Chastine |
| Utsla, Harriet | Meintosh, Synedith | Mcinally, James | Winder, Toney |
| Jolin, Rebekah | Meintoah, Vanessa | Mcinally, Monique | Winder, Kayla |
| Utter, Roger | Meintoah, Bianca | Washington, Miviao | Thomas, Theresine |

(a) Bible Overseer  (i) Group Servant  (o) Group Assistant



ELDER WORKING
AT
ARCHITECT OF THE
CAPITOL



# Field Service Groups

Congress Heights Congregation: As Of: 05/12/18

### Blue Service Group

Alston, Carmen
Blue, Avery (o)
Blue, Delona
Butler, Brenda
Cooper, Marcus
Conley, Deborah
Davis, Kandi

Hill, Deliria
Hill, Leonard
Hughes, Gladys
Johnson, Shirley
Latham, Shana Uloh
Law, Christina
Law, John Edward

Love, Gerald
Mitchell, Stephanie
Odoms, Serena
Richards, Nola
Riley, Nahji
Riley, Shirley
Sewell, Bernard (o)

**Riley Home: Saturday 9:30am**
Smith, Jacqueline
Thomas, Ajani
Wicks, Chauncey
Wicks, Claudia

### Brooks Service Group

Baylor, Ernestine
Baylor, Wallace
Brooks, Carolyn
Brooks, Harvey (o)
Byrd, Rhonda
Conley, Asia

Conley, Evan
Ferguson, Delly
Hendon, Bonnie
Hart, Dawn
Hart, Ruland
Hart, Vincent Jr.

Hart, Vincent Sr.
Hayes, Teresa
Johnson Wood, Sandra
Lewis, Jacqueline E.
Lewis, Joseph (a)
Pledger, Walter

**J. Lewis Home: Saturday 9:30am**
Simo, Sylvie
Thompson, Juanita
Thompson-Conley, Angela
Whitaker, Shelia
Wright, TyRhonda

### Hughes Service Group

Coleman, Connie
Davis, Robert
Dews, Betty
Evans, Diane
Holders, Patricia
Hughes, John (o)

Hughes, Viola
Kargbo, Gloria
Kea, Amy
Kiah, Jacqueline
Lewis, Bertie
McQueen, Jeff Jr.

McQueen, Jeff Sr. (a)
McQueen, Jennifer
McQueen, Tracy
Rodgers, Alfonzo
Sims, Harold Jr.
Sims, Linda

**Kingdom Hall: Saturday 9:30am**
Summers, Kana
Thomas, Evelynn
Williams, Adriane
Williams, Katherine
Wilson, Karen

### Jackson Service Group

Coleman, Donna
Ebarb, Katrice
Ebarb, Marie
General, Charlie
Ginyard, Trina
Henderson, Chelsea

Jackson, Jendryl
Jackson, Marcus (o)
Jackson, Ronald
Johnson, Betty
Johnson, Jo Ann
Johnson, Michael Jr.

Johnson, Porscha
Lawson, Thelma
Martin, Candace
Martin, Danita
Martin, Pogue
Martin, Yvonne

**Jackson Home: Saturday 9:30am**
Meredith, Amiah
Meredith, Barnette (a)
Meredith, Katia
Strong, Joi
Thompson, Brittney
Wilson, Bobby

### Meredith Service Group

Berns, Lori
Bonds, Patricia
Chapman, Lynda
Christie, Jordan
Christie, Natalie
Cooper, Alice

Cooper, Roosevelt
Franklin, Theresa
Hanley, Beverly
Head, Alvor
Head, Marcus
Joyner, Garlenda

Matthews, William (a)
Meredith, Carolyn
Meredith, Ronald (a)
Noel, Claudia
Sicard, Clifton
Sicard, Vickey

**Kingdom Hall: Saturday 9:30am**
Walker, Ruth
White, Rose
Williams, Dorena
Williams, Flossie
Williams, W. Bruce

### Washington Service Group

Brawner, Cheryl
Brawner, Joseph
Cunningham, Belinda
Duhart, Lynda
Ford, Raymond
Johnson, Arielle

Johnson, Artie
Johnson, Derrick (a)
Johnson, Erricka
Lewis, Garland (y)
Lewis, Jacqueline L.
Logan, Cynthia

Love, Brittany
Love, Gerlena
Richardson, Kylie
Richardson, Nyla
Richardson, Romonica
Washington, Christina

**L. Williams Home: Saturday 9:30am**
Washington, James (o)
Warren, Harold
Williams, Linda

(o) Group Overseer   (s) Group Servant   (a) Group Assistant



## ANACOSTIA SOUTH - FIELD SERVICE GROUPS

**ATKINS GROUP**
Adkins, Israel
(William Stewart)(a)
Mao Chandler(p)
Ada Clinton(m)
Alma Davis(p)

**2215 Anvil Lane   Temple Hills, MD**
Linda Stewart(p)
Barbara Atkins
Christopher Atkins
Philip Atkins
Shenay Atkins

Peggy Bell
Larry Black
Patricia Carlton
Villy Freeland
Cheryl Freeman

**9:30 AM**
Alicia Greene
Sean Greene
Jacqueline Jones
Jeanette Mahon
Chrishawna Porter

**PARKER GROUP**
Paul Parker
Fred Loman(a)
Charles Morgan(p)
Peggy Parker(p)
Kendra Shedd(p)
Keith Atkins

**KINGDOM HALL**
Shannon Atkins
Shella Bowers
John Chandler
Renee Chandler
Esperanza Cromwell
Kimberly Douglas

Celeste Gadson
Lois Holland
Aundrea Loman
Chauvon Marshall
Shakia Parker
Saundra Streeter

**9:30 AM**
Tonya Taylor
Christine Williams
Viola Williams
Mary Ushery

**ROBBS GROUP**
Forest Robbs
Dane Griffin (a)(p)
Deborah Griffin(n)
Erika Luster(p)
Patricia Robbs(n)

**4005 23rd Parkway #12   Temple Hills, MD**
Katherine Barber
Thomas Barber
Rasheda Brown
Shelton Cloundes
Lakeisha Goer

Michelle Robbs
Iyana Robbs
Shvila Roy
Willie Roy
Taledia Stokes

**9:30 AM**
Tyra Wallace
Deborah Washington
Reginald Washington
Ronald Washington

**SAMUELS GROUP**
Herbar Samuels(p)
Charles Adams(a)
Earline Adams(p)
Owljene Samuels(p)
Charles Boggs

**KINGDOM HALL**
Alreda Boggs
Donald Brooks
Lelila Brooks
Charrelin Greene
Gerrard Greene

Willie Hughes
Gertrude Livens
Veronica Jones-Awahs
Mark Lockett
Markell Lockett

**9:30 AM**
Markayla Lockett
Monica Lockett
Lula Rush

**THOMAS GROUP**
John Thomas
Tim Sherley(a)
Lovanggne Francis(p)
Lorraine Prince(a)
Debra Sloaney
Mary Bender

**KINGDOM HALL - "B" SCHOOL**
Tricia Blanks
Ruth Bolden
Elisha Chaney
Mark Chaney
Alex Faison
Jordan Faison

Joseph Hawkins
Sherletta Hawkins
Raymond Henderson
Mildred Johnson
Lawana Mays
Angela Million

**9:30 AM**
Helen Shelley
Brian Thomas
Erica Thomas
Krystal Thomas
Sandra Thomas
Jeanette Wells

**WILLIAMS GROUP**
Robert Williams(n)
Charles Stroud(a)
Barbara Harris(p)
Mary Steward(p)
Hilda Williams(p)
Willie Ketora

**KINGDOM HALL**
Michael Blank
Kelly Cohen
LeCole Curry
Carol Hardy
Bessie Harris-Jones

Andrea Johnson
Phyllis Johnson
Eunice Jones
Doris Long
Sandi Moore
Katherina Perry

**9:30 AM**
Alvin Richardson
Ruby Richardson
Janice Simmons
Mary Wheeler

**YOUNG GRO**
Ricardo Young
Lawrence Jones
Leroy Coleman(:
Kelly Jones(p)
Taylor Jones(p)
Diana Young(p)

Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 1, 2019

Mr. Daryl Sharp
3020A N. 14th Street
Arlington, VA 22201

Re:  Daryl Sharp
     v. Timothy Dolan, et al.
     No. 18-8184

Dear Mr. Sharp:

The petition for a writ of certiorari in the above entitled case was filed on January 28, 2019 and placed on the docket March 1, 2019 as No. 18-8184.

A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

Scott S. Harris, Clerk

by

Michael Duggan
Case Analyst

Enclosures

INDEPTH   CLAIM

## III. VENUE IS APPROPRIATE IN THIS COURT BECAUSE

THE CASE CHARGES MASSIVE THEFT OF GOVERNMENT FUNDING DIRECTED TO THE CATHOLIC ORGANIZATION

(FINANCIAL STATEMENTS ATTACHED ALONG WITH A WRIT OF CERTIORARI) IN EVERY STATE INCLUDING DELAWARE

MANIPULATION OF THE TEACHING MANUEL THE BIBLE IN VIOLATION TITLE 18 1091

## IV. STATEMENT OF CLAIM

EACH ARCHBISHOP AMONG ALL ARCHBISHOPS AROUND THE COUNTRY AND THE GLOBE HAVE

ALTERED THE BASIC 66 BOOK COMPOSITION OF THE BIBLE TO EMBEZZLE OVERNMENT FUNDING FROM

FROM EVERY LOCAL, STATE AND THE FEDERAL GOVERNMENT IN THIS COUNTRY AND AROUND THE

GLOBE IN VIOLATION OF TITLE 18-1091.

THE ORIGINAL CASE ATTACHED WITH A CONGRESSIONAL STAMP SHOWS A SAMPLE OF THE

ALTERATIONS AND  47 BILLION DOLLARS IN CATHOLIC FINANCIAL STATEMENTS WITH POPULATIONS

IN THE CITY IN NO WAY SUPPORT THE UNCONSCIENABLE EMBEZZLEMENT. THE COURT CASE HAS

FINANCIAL STATEMENTS FROM EACH OF THE DEFENDENTS NAMED ALONG WITH 3 COURT CASE

VICTORIES AGAINST THE VATICAN EMBASSY WITH A CATHOLIC JUDGE ON THE BENCH.

THE COURT CASE WITH A WRIT OF CERTIORARI DATED MARCH 1, 2019, WAS GIVEN A COURT ORDER

ON SEPT 2019 FOR DISTRIBUTION TO OPPOSING COUNSEL.

THE COVID-19 VIRUS WAS INITIATED DECEMBER 2019, AFTER WE DELIVERED 6 CASES IN THE 2

MONTH'S AFTER THE SEPT 2019 COURT ORDER WAS GIVEN, INCLUDING THE ARCHDIOCESE OF BOSTON

WHERE THEY GENERATED A TRESPASS CHARGE BEFORE ENTERING THE GROUNDS.

EVERY ARCHDIOCESE HAS GENERATED MASS SHOOTING ATTACKS BY USING THEIR CONFESSION

BOOTHS TO MANIPULATE SIN LADEN PARISHONERS INTO SHOOTING AT SCHOOLS (ALWAYS PUBLIC),

MOVE THEATERS AND OTHER PUBLIC VENUES ALONG WITH THE UNITED STATES CAPITOL, JANUARY 6,

APRIL 2 AND AUGUST 2 ALONG WITH THE PENTAGON THE LAST 8 MONTHS ALONE.

THE REASON: A COPY OF THE CONGRESSIONALLY STAMPED COURT CASE DATED MARCH 14, 2014 AND

PLACED IN THE HANDS OF EVERY MEMBER OF CONGRESS AND THE PENTAGON SINCE THEN OUTLINES

MASSIVE THEFT OF GOVERNMENT FUNDING.

EACH ARCHBISHOPS IS DOING THIS MANIPULATION OF THE BIBLE FOR THEFT AND ABUSE AND

INTIMIDATION OF LAW ENFORCEMENT AND MILITARY PERSONAL BY DENYING THE SIMPLE

KNOWLEDGE THAT GOD'S NAME IS JEHOVAH, RIGHT ON THE FRONT COVER OF THEIR BIBLE, COUPLED

WITH THE ABSURD ARCHDIOCESE TOTAL ASSETS TO POPULATION RATIO, THE USE OF WOMEN TO

FUNNEL GOVERNMENT WELFARE CHECKS THROUGH THEIR PERSONAL BANK ACCOUNTS INTO THE

CHURCH (TITLE 18 SECTION 1961) AND TITLE 18 SECTION 1091 IS THE LEGAL WEAPON TO STOP THE

ARCHBISHOPS INCLUDING THOSE LISTED.

ALL ATTACKS INCLUDING THE ONE JANUARY 6 ON THE UNITED STATES CAPITOL BY DONALD

TRUMP WHO HAS 4 TOWERS ON MANHATTAN REAL ESTATE OWNED BY TIMOTHY DOLAN, ARCHBISHOP

OF NEW YORK AND THE ARCHBISHOP'S INFLUENCE CAN BE PROVEN, MOTIVE CAN BE ESTABLISHED

AND MONEY IS THE GOAL.

EVERY ARCHBISHOPDELIVERED A COPY OF THIS CASE RUN SINCE THISCACSE WAS DOCKETED IN THE

U. S, SUPREME COURT AND THAT WAS BEFORE 47 BILLION DOLLARS IN CATHOLIC FINANCIAL

STATEMENTS WERE ADDED.

THE ATTACK ON THE U.S. CAPITOL, THE PENTAGON AND THE COVID -19 VIRUS CAN BE TRACKED

BACKED TO ALL ARCHBISHOPS WHO HAVE BEEN LYING ABOUT THE PURPOSE OF THE BIBLE FROM

JEHOVAHS NAME TO THE HOPE OF A PARADISE EARTH RESTORED ALL BECAUSE OF THEIR

RITUALISTIC ABUSE OF CHILDREN (TITLE 18 SECTION 2241,2242,2243) THEFT OF GOVERNMENT FUNDING

(TITE 18 SECTION 1961) AND ATTACK ON GOVERNMENT AND MILITARY INSTALLATIONS (TITLE 18

SECTIONS 930C,2155,2156) AND TERRORIST ATTACKS (TITLE 18 SECTIONS 2332, 2332A,2332C 2332F)

EVERY MAJOR MEDIA NETWORK HAS A COPY OF THIS SUPREME COURT CASE ALONG EVERY

GOVERNMENT OFFICIAL AND MILITARY GENERAL ON THE PLANET, HAND DELIVERED AND ARE POISED

FOR JUSTICE.

THIS CASE WILL PROVE JOSE GOMEZ, WILLIAM KOENIG, TIMOTHY DOLAN AND EVERY CATHOLIC

LEADER ON THE PLANET KNOWS GODS NAME IS JEHOVAH AND THEY HAVE ALTERED THE BIBLE, THUS

IN VALIDATING THEIR CREDENTIALS AS MINISTERS OF GOD (MY JOB), THEN THEIR JUST GUYS AND YOU

CAN CONVICT THEM FOR LAUDERING GOVERNMEN FUNDING, MASS SHOOTINGS ON OUR KIDS'

SCHOOLS AND OUR NEIGHBORS HOMES ON GOVERNEMNT OFFICIALS, LAW ENFORCEMENT AND

MILITARY PERSONAL, THE MOTIVE INTIMIDATION, AND TITLE 18 SECTION 1091 LEADS TO THE ENTIRE

R.I.C.O STATUE BEING USED TO CONVICT EVERY ARCHBISHOP IN THIS COUNTRY AND AROUND THE

GLOBE.

## V. INJURIES

**6 GUN SHOTS AT POINT BLANK RANGE (3 FEET): 2 TO THE RIGHT LEG, 2 TO THE LEFT LEG,**

**1 THROUGH THE LUNGS, 1 TO THE BASE OF THE SKULL**

## VI. RELIEF

500 TRILLION DOLLARS PER STATE, ISLAND, RPOVINCE, COUNTRY AND MILITARY BRANCH OF

SERVICE FROM EVERY CATHOLIC BANK ACCOUNT ON THE PLANET TO BE RETURNED TO THIS

COUNTRY AND COUNTRIES AROUND THE GLOBE AND THE TERMINATION OF THE VATICAN AND

THOSE TIED TO IT.

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.   CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

9·13·21
Dated

Plaintiff's Signature

SHARP DARYL M.
Printed Name (Last, First, MI)

1554 COLUMBIA PIKE     ARLINGTON     VA     22204
Address                       City                    State     Zip Code

1 571.276.9951
Telephone Number

DARYLSHARP87@GMAIL.COM
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## RULING UNDER REVIEW

AT ISSUE IN THIS APPEAL IS THE OPINION RENDERED ON
JANUARY 23, 2020 BY THE HONORABLE AMIT MEHTA UNITED
STATES DISTRICT JUDGE DISMISSING WITH PREJUDICE CASE
NUMBER 19-3848 USING USC 1915

## STATEMENT

THIS APPEAL IS DESIGNED TO SHOW THE ACCUARCY OF
CASE NUMBER 19:3848 NOW 20-7007 BUT WILL PROVIDE
EVIDENCE WHICH WILL SHOW MOTIVE FOR THE VARIOUS
CHARGES UNDER TITLE 18 RACKETEERING AGAINST THE
VARIOUS DEFENDANTS.

ROUGHLY 5 MILLION DOLLARS HAVE BEEN SUBMITTED
AS EXHIBIT A SHOWING 24 ARCHBISHOPS
INCLUDING THE DEFENDANTS SHOWN TAKING 200,000,300,000
400,000 AND IN ONE CASE 500,000 OR MORE EVERY WEEK
FROM THE UNITED STATES GOVERNMENT.

THIS EVIDENCE ALONG WITH EXHIBIT B SHOWING THE 66
BOOKS OF THE BIBLE COMPOSING THE CANON OR CONTENTS
OF ALL BIBLES AND THEIR STRUCTURED CONTENT ALONG
WITH EXHIBIT C SHOWING 3 OF THE 4 BOOKS SUBMITTED
SHOWING THE INACCURACIES IN THEM AND NOT ONLY DO
YOU HAVE CONCRETE EVIDENCE UNDER TITLE 18 SECTION
1091 FOR ALTERATION FOR THE PURPOSE OF THEFT, WITH THE
HORRENDOUS SIZE CHECKS BEING SHIFTED EACH WEEK OUT
OF THE GOVERNMENT EACH WEEK TO THESE AND ALL 541
ARCHBISHOPS EVERY WEEK, YOU NOW HAVE MOTIVE.

## MOTIVE FOR TERRORIST ATTACKS

A COPY OF THIS CASE WITH EXHIBITS A ,B, AND C  IS IN
DISTRIBUTION TO EVERY MEMBER OF CONGRESS FOR THE
PAST 9 YEARS STARTING IN 2011 WHEN THE FIRST CASE WAS
FILED  ON FEB 22,2011 AND HAS ALSO BEEN DISTRIBUTED TO
240 NATIONS OF THE UNITED NATIONS AND THEIR EMBASSY
COURTESY OF EMBASSY ROW ON MASSACHUSETTS AVE,
CONNETICUT AVD ,NEW HAMSHIRE AVE AND OTHERS IN THE
DISTRICT OF COLUMBIA.

THIS ALONG WITH POPE FRANCIS ADMISSION OF CHILD
MOLESTATION ON A SYSTEMIC SCALE ,ON INTERNATIONAL TV
KNOW LESS AUGUST 21, 2018 AND THE CHARGES AND THE
HOST OF TERRORIST ATTACKS IN EACH STATE AND COUNTRY
PURSUANT TO THEIR LEADERS RECEIVINGA COPY OF THIS
CASE AND THE500 TRILLION DOLLARS PER STATE, ISLAND
AND COUNTRY ALONG WITH EVERY MMILITARY BRANCH OF
SERVICE WHICH ALSO HAS BEEN DELIEVERED A COPY AND
THE FEAR OF EXPOSURE OF TEH VATCIAN AS BEING FRAUDS,
THIEVES AND THE MASTERMINDS BEHIND THE TERRORIST
ATTACKS SO THAT THEY ARE NOT EXPOSED CAN EASILY BE
SEEN.

THIS CASE NUMBER 20-7007 IS IN THE WORLD COURT AND
200 PLUS NATIONS AND THEIR MILITARY KNOW THEY CAN
GAIN A CONVICTION OF THE VATICAN IN EVERY COUNTRY
ON THE PLANET.

PLAINTIFF RESPECTFULLY ASKS FOR ALL PREVIOUS
DEFAULT JUDGEMENT AT 500 TRILLION DOLLARS PER
STATE ISLAND PROVINCE COUNTRY AND MILITARY BRANCH
OF SERVICE ON THE PLANET.

IN THE SUPREME COURT OF THE UNITED STATES

DARYL SHARP
AMBASSADOR AND REPRESENTATIVE
OF THE LIVING GOD JEHOVAH

V.

TIMOTHY DOLAN
ARCHBISHOP AND THE LEADERS OF
THE U.S. CONFERENCE OF CATHOLIC BISHOPS

RECEIVED
SUPREME COURT OF THE U.S. OFFICE [illegible]
[illegible] 11 A 8 34
[illegible]

COME NOW, THE PLAINTIFF, Daryl Sharp, in the jurisdiction of this court and in defense of the United States government under Title 18 of the United States Code Service, charges Timothy Dolan and the U.S. Conference of the Catholic Bishops with Racketeering Influence of a Corrupt Organization, Section 1091 (Genocide) 1961 (Laundering), 2332, 2332 A, 2332C, 2332F (Weapons of Mass Destruction in Various Arena's, 930C, 2155, 2156 (Attack on a Military Installation), 2241, 2242, 2243, (Sexual Abuse of a Minor), 32, 37 (Attack on Aircraft and at International Airports) and Article One of the United Nations Charter for Threats to the peace and security of the planet.

The vindication of God's name Jehovah by means of government, now ruling under Jesus Christ command that will restore the earth to paradise and all humans to a perfect state of health, with verses like those, all free of charge;

At Revelations 21:4 we read... "and He will wipe out every tear from their eyes, and mourning out cry and pain will be no more"... free of charge!

At Isaiah 35:5 we read... "the eyes of the blind will be opened"... free of charge!

At Isaiah 35:6 we read... "the lame will leap just like a deer"... free of charge!

At John 5:28, 29 we read... "Do not marvel at this because all those in the grave will hear His voice and come out" ...free of charge!

At Isaiah 33:24 we read... "No resident will say, 'I am sick'" ...free of charge!

At Psalms 72:16 we read... [illegible] the tops of the mountains [illegible] ...free of charge!

TOM PRICE, M.D.
6TH DISTRICT, GEORGIA
WASHINGTON OFFICE:
[illegible]
DISTRICT OFFICE:
[illegible]
www.house.gov/tomprice

Congress of the United States
House of Representatives

COMMITTEE ON WAYS AND MEANS
COMMITTEE ON THE BUDGET
VICE CHAIRMAN
COMMITTEE ON EDUCATION AND THE WORKFORCE
DEPUTY WHIP

These and many others positive promises are purposed for the entire human race, all free of charge and with the purpose of restoration of the human family.

It also states that no one can alter the contents of the Word of God, to distort its purposes and thereby for unjust profit, manipulation or any other ulterior purpose without suffering dire consequences for doing so from the living God Himself.

Two verses in the Hebrew section, two verses in the Greek section and one verse in the Quran states as follows.

At Deuteronomy 4:2 we read... "You may not add to or subtract from the Word of God."

At Proverbs 30:6 we read... "Do not alter the Word of God that you may not be proved a liar."

At Galatians 1:8 we read... "But if we or angel from heaven preach any other gospel other than what we have preached, let him be accursed."

At Revelations 22:18 we read... "If any one adds to the words of this prophecy, Jehovah will add to him the plagues that are written in this book."

In the Quran at Surah 6:34 we read... "No one can alter the words of Allah."

These and many other verses throughout the Bible are designed to protect the harmony and the purpose of god's word against alteration and manipulation for dishonest gain, extortion, tyranny and abuse of the human race desiring to attain a close personal relationship with God. Conduct which in fact, is being carried out by the U.S. Conference of Catholic Bishops and their parent company, the Vatican.

The Catholic hierarchy have added books to the original 66 book structure of the Bible and with such books as:

Judith
Tobit
Sarah
Baruch

and other additions and the inaccuracies in them have distorted not only the simple purpose of the Bible and its message but with such additions have manipulated private business and governments here and around the globe, laundering funds from the Welfare, Social Security, Medicare, Stock Markets and other financial vehicles, abused children sexually and have manipulated and intimidated such persons in this country and globally by using "lone gunman" attacks on schools, malls, airports and other places of social gatherings with the sole purpose of instilling fear to cover up their continued illegal conduct carried on by [illegible] Priests and the Pope himself in this [illegible]

TOM PRICE, M.D.

COMMITTEE ON WAYS AND MEANS

COMMITTEE ON THE BUDGET

COMMITTEE ON EDUCATION AND THE WORKFORCE

DEPUTY WHIP

Congress of the United States

House of Representatives

In the jurisdiction of this court, the Plaintiff prays the justices with evidence submitted find the defendant, Timothy Dolan, Archbishop and the entire leadership of the United States Conference of Catholic Bishops guilty under Title 18 Section 1091 of manipulation of the divine teaching book the Bible for manipulation and theft against the United States government.

In the jurisdiction of this court, the Plaintiff prays the court find Timothy Dolan and the U.S. Conference of Catholic Bishops guilty of Laundering under Title 18 of the R.I.C.O. Status, Section 1961 of the Laundering and made to restore all such Government funds at $500,000,000,000,000 (500 Trillion Dollars) per state, island and province owned by the United States including Puerto Rico, Virgin Islands, Guam and all other sovereignties connected to the United States.

In the jurisdiction of this court, the Plaintiff prays the court find Timothy Dolan and the U.S. Conference of Catholic Bishops guilty under Title 18 Sections 2241, 2242, 2243 and incarcerate all such Bishops, Cardinals, Priest and the Pope Francis under such laws for wholesale abuse of minors and incarcerate every one of them for such heinous abuses of children here and around the globe.

In the jurisdiction of this court, the Plaintiff prays the court find Timothy Dolan Archbishop and the entire leadership of the Catholic Church guilty under Title 18 sections 32, 37, 930C, 2155, 2156, 2332A, 2332B and 2332F for terrorist attacks at airports, military bases like the Navy Yard, the Boston Marathon, shopping malls, public schools like Sandy Hooks Elementary and U.S. embassies like those in Libya and terminate all teaching institutions, churches and other facilities owned by the Catholic Church here and around the globe for training such "lone gunman" suicide attackers across the country.

In the jurisdiction of this court, the Plaintiff prays the Vatican and all personnel in positions of authority connected to it and the U.S. Conference of Catholic Bishops be found guilty under Article One of the United Nations Charter for threats to the peace and security of the planet for masterminding such global attacks and terminate all buildings globally and its personnel.

This Brief respectfully submitted

August 21, 2008

TOM PRICE, M.D.
6th District, Georgia

www.house.gov/tomprice

Congress of the United States
House of Representatives

COMMITTEE ON WAYS AND MEANS
COMMITTEE ON THE BUDGET
VICE CHAIRMAN
COMMITTEE ON EDUCATION AND THE WORKFORCE
DEPUTY WHIP